IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JULIO CESAR GALLARDO MENA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,<br><br>Respondents. | Case No. 5:26-cv-06452-JMS-AS<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the court has reviewed the 28 U.S.C. § 2241 Petition regarding Petitioner Julio Cesar Gallardo Mena (A240-327-239), as well as the record and filings in this case, along with the Magistrate Judge's November 10, 2026 Report and Recommendation. No party filed objections to the Report and Recommendation within the time permitted. *See* ECF No. 9 at Page ID#:92; ECF No. 8 at Page ID#:76. The court accepts the recommendations of the Magistrate Judge. Accordingly, IT IS ORDERED:

1. The November 10, 2026 Report and Recommendation is ACCEPTED;

2. The Petition, ECF No. 1, is GRANTED such that Respondents shall immediately release Petitioner Julio Cesar Gallardo Mena (A240-327-239) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained; and

3. Respondents shall file a Notice of Release, confirming their compliance with the court's order, within three court days. After such confirmation is received, judgment will be entered consistent with this Order.

DATED: November 16, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge