JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JULIO CESAR GALLARDO MENA,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,

Respondents.

Case No. 5:26-cv-06452-JMS-AS

**J U D G M E N T**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, ECF No. 10,

IT IS ADJUDGED that the Petition is granted. The Petition, ECF No. 1, is GRANTED such that Respondents shall immediately release Petitioner Julio Cesar Gallardo Mena (A240-327-239) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Having received an appropriate Notice of Release, ECF No. 11, judgment is now entered consistent with the Order Accepting Magistrate Judge's Report and

Recommendation.

DATED: November 18, 2026.

/s/ J. Michael Seabright

J. Michael Seabright
United States District Judge